IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH BUFORD POLLARD, III,

       Petitioner,                    No. 2: 10-cv-2545 KJN P

    vs.

COLE, et al.,

       Respondents.                <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding without counsel, has filed a document titled "Emergency Notice, Illegal Arrest, False Imprisonment." Petitioner alleges that he was wrongfully found guilty of violating parole. As relief, it appears that petitioner is seeking his release from custody. Accordingly, this action is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is ordered to file his petition on a habeas corpus petition form.

       Petitioner has also not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; petitioner's motion (Dkt. No. 1) is dismissed with twenty-eight days to file a habeas corpus petition on the proper form;

2. Petitioner shall submit, within twenty-eight days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and a form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED: September 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poll2545.101