1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH BUFORD POLLARD, III,

11          Petitioner,                    No. 2:10-cv-2545 KJN P

12      vs.

13   COLE, et al.,                         ORDER and

14          Respondents.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16          A recent court order was served on petitioner's address of record and returned by

17   the postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

18   requires that a party appearing in propria persona inform the court of any address change.

19          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly draw a

20   district judge; and

21          IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's

22   failure to keep the court apprised of his current address.  See Local Rules 182(f) and 110 (E.D.

23   Cal. 2010).

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

26   days after being served with these findings and recommendations, petitioner may file written

1

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Any response to the objections shall be filed and served

3   within fourteen days after service of the objections.  Petitioner is advised that failure to file

4   objections within the specified time may waive the right to appeal the District Court's order.

5   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   DATED:  October 5, 2010

7

8

9   _____
    KENDALL J. NEWMAN
10  UNITED STATES MAGISTRATE JUDGE

11  poll2545.133a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2