IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH BUFORD POLLARD,

    Petitioner,                                     No. 2: 10-cv-2545 GEB KJN P

    vs.

COLE, et al.,

    Respondent.                                   <u>ORDER</u>

_____/

        On January 20, 2011, petitioner filed a motion for emergency relief.  On January 24, 2011, petitioner filed a motion to open all cases for review.  On January 18, 2011, this habeas corpus petition was dismissed on grounds that petitioner failed to exhaust state court remedies. Petitioner's pleadings filed January 20, 2011, and January 24, 2011, do not demonstrate exhaustion.  Accordingly, these pleadings are disregarded.

        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for emergency relief (Dkt. No. 24) and motion to open all cases for review (Dkt. No. 25) are disregarded.

DATED:  February 1, 2011

                                                            KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE

poll2545.dd