IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH BUFORD POLLARD,

    Petitioner,                             No. 2: 10-cv-2545 GEB KJN P

   vs.

COLE, et al.,

    Respondent.                            <u>ORDER</u>

_____/

        On February 16, 2011, petitioner filed a "motion for findings and recommendations." On January 18, 2011, this habeas corpus petition was dismissed on grounds that petitioner failed to exhaust state court remedies. Petitioner's February 16, 2011 pleading does not demonstrate exhaustion. Accordingly, this pleading is disregarded.

        Accordingly, IT IS HEREBY ORDERED that petitioner's "motion for findings and recommendations" (Dkt. No. 31) is disregarded.

DATED: February 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poll2545.dd(2)